PETER K. CHU (SBN 251705)
peterc@whclawyers.com
WONG, HUNG & CHU, LLP
601 W. 5th Street, Suite 800
Los Angeles, CA 90071
Telephone: (213) 225-5878
Facsimile: (310) 733-5670

Attorneys for Plaintiff MJCK Corporation

ANDREW V. JABLON (SBN 199083)
ajablon@rpblaw.com
RESCH POLSTER & BERGER LLP
1840 Century Park East, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3209
Facsimile: (310) 552-3209

AARON J. SOLOMON
aaron@ovedlaw.com
OVED & OVED LLP
401 Greenwich Street
New York, NY 10013
Telephone: (212) 226-2376
Facsimile: (212) 226-7555

Attorneys for Defendant Burlington Coat Factory Warehouse Corporation and C D B Apparel

JS-6

ORDER DISMISSING ACTION WITH PREJUDICE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MJCK Corporation, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Burlington Coat Factory Warehouse Corporation, a New Jersey Corporation; C D B Apparel, a New York corporation; and DOES 1 through 50.<br><br>　　　　　Defendants. | CASE NO.: 13-cv-06419-R(PJW)<br>HON. MANUEL L. REAL<br>*Complaint filed on September 3, 2013*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO THE PARTIES' STIPULATION FOR DISMISSAL** |

## ORDER

Based on the Stipulation for Dismissal with Prejudice filed on August 15, 2014, and upon finding a good cause, the Court hereby orders:

The above referenced matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)

Each Party will bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: August 19, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Manuel L. Real
　　　　　　　　　　　　　　　　United States District Court Judge